UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

TODD R. ZAESKE

       Plaintiff,

    v.                                       Case No. 14-C-274

WELLS FARGO ADVISORS, LLC

       Defendant.

---

**EMERGENCY MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR STAY**

---

      COMES NOW the Plaintiff, Todd R. Zaeske, by Heins & Minko LLC, his counsel, and requests two additional business days to respond to Defendant's motion, or until Tuesday, April 29, 2014. Plaintiff requests this additional time to respond because his counsel has unexpectedly required a medical procedure that required time away from work and rendered her unable to timely complete the response. Plaintiff is also in discussions with defense counsel about resolution of this matter without the need for further litigation.

      On these bases, Plaintiff requests in emergency fashion that the deadline to respond to Defendant's motion be moved from today until Tuesday, April 29, 2014.

      Dated this 25th day of April, 2014.

                                               HEINS & MINKO LLC
                                               Counsel for the Plaintiff

                                               *s/ Janet L. Heins*     .
                                               Janet L. Heins, State Bar No. 1000677

HEINS & MINKO LLC
1001 West Glen Oaks Lane, Suite 101
Mequon, Wisconsin 53092
(262) 241-8444 voice
(262) 241-8455 fax
e-mail: jheins@heinslawoffice.com