UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

TODD R. ZAESKE

      Plaintiff,

    v.                          Case No. 14-C-274

WELLS FARGO ADVISORS, LLC

      Defendant.

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO DISMISS OR STAY PENDING ARBITRATION
AND MOTION TO DISMISS**

---

      COMES NOW the Plaintiff, Todd R. Zaeske, by Heins & Minko LLC, his counsel, and requests that the Court dismiss this case with prejudice and without costs or fees to either party, pursuant to FED. R. CIV. P. 41.  Plaintiff brings this motion within the safe harbor provisions of RULE 11.

      Dated this 29th day of April, 2014.

                                              HEINS & MINKO LLC
                                              Counsel for the Plaintiff

                                              *s/ Janet L. Heins*
                                              Janet L. Heins, State Bar No. 1000677

HEINS & MINKO LLC
1001 West Glen Oaks Lane, Suite 101
Mequon, Wisconsin 53092
(262) 241-8444 voice
(262) 241-8455 fax
e-mail: jheins@heinslawoffice.com